United States District Court

Eastern District of California

Tony Marquet Campbell,

     Plaintiff,       No. Civ. S 04-2721 DFL PAN P

  vs.       Order

R. Brown, et al.,

     Defendants.

-oOo-

April 8, 2005, the court dismissed the complaint with leave to amend within 60 days. Plaintiff has not filed an amended complaint or otherwise responded to that order. Good cause appearing, plaintiff shall, within 10 days of service of this order, file an amended complaint. Otherwise this case will be dismissed without prejudice. Local Rule 11-110; Fed. R. Civ. P. 41(b). So ordered.

    Dated: June 21, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge