1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TONY MARQUET CAMPBELL,

11            Plaintiff,                    No. CIV S-04-2721 DFL PAN P

12       vs.

13   R. BROWN,

14            Defendant.              ORDER

15   _____/

16            Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

17   filed pursuant to 42 U.S.C. § 1983.  By orders filed April 8, 2005 and December 28, 2005,

18   plaintiff's original and first amended complaints were dismissed with leave to amend.  On

19   January 25, 2006, plaintiff filed a second amended complaint.

20            The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C.

21   § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven,

22   plaintiff has a reasonable opportunity to prevail on the merits of this action.

23            In accordance with the above, IT IS HEREBY ORDERED that:

24            1.  Service is appropriate for the following defendant:  R. Brown.

25            2.  The Clerk of the Court shall send plaintiff one USM-285 forms, one summons,

26   an instruction sheet and a copy of the second amended complaint filed January 25, 2006.

1

3.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

a.  The completed Notice of Submission of Documents;

b.  One completed summons;

c.  One completed USM-285 form for the defendant listed in number 1 above; and

d.  Two copies of the endorsed second amended complaint filed January 25, 2006.

4.  Plaintiff need not attempt service on defendant and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:  February 28, 2006.

UNITED STATES MAGISTRATE JUDGE

12
camp2721.1am

2

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TONY MARQUET CAMPBELL,

11              Plaintiff,                    No. CIV S-04-2721 DFL PAN P

12        vs.

13   R. BROWN,                               NOTICE OF SUBMISSION

14              Defendant.                   OF DOCUMENTS

15   _____/

16              Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18              _____        completed summons form

19              _____        completed USM-285 forms

20              _____        copies of the _____
                                           Second Amended Complaint

21   DATED:

22

23                                           _____
                                             Plaintiff
24

25

26