IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TONY MARQUET CAMPBELL,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**R. BROWN,**<br><br>　　　　　　　　　　　　Defendant. | 2:04-cv-2721 DFL PAN P<br><br>**ORDER GRANTING DEFENDANT BROWN'S NUNC PRO TUNC APPLICATION FOR LEAVE TO FILE A LATE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

Good cause appearing, it is **HEREBY ORDERED** that Defendant Brown's nunc pro tunc application for leave to file a late Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss be granted. It is further ordered that Defendant Brown's Reply be filed with this Court.

Dated: July 20, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ John F. Moulds
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/camp2721.ext

Order

1